UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CASE No.: 3:21-CR-36 |
| | ) | |
| v. | ) | MOTION TO CONTINUE TRIAL |
| | ) | |
| DEMETRIUS GLENN, | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO CONTINUE TRIAL

NOW COMES DEFENDANT, DEMTRIUS GLENN, by and through their legal counsel, and respectfully moves this Honorable Court, to continue the above captioned cause of action on the following grounds:

1. Mr. Glenn is currently set for trial on the October 24th, 2023 trial docket.

2. Mr. Glenn is also currently set for trial on the November 14th, 2023 trial docket.

3. Counsel is in continuing plea negotiations with Prosecution in an effort to reach a global resolution on both cases.

4. Counsel has spoken Assistant United States Attorney, Rick Volk, and he does not object to this continuance request.

5. Counsel has spoken to Mr. Glenn and he does not object to this continuance request.

6. One prior Motion to continue has been filed by Mr. Glenn's present counsel.

7. We believe this continuance will speedily resolve not only this case, but the case in the Western District of North Dakota as well helping with judicial efficiency.

1

8. Counsel requests this matter be set at the earliest on the November 14th, 2023 trial Docket, the same date as Mr. Glenn's Western District's Trial Date.

WHEREFORE, we respectfully, ask this Honorable Court to:

1. Continue the above captioned case;

2. Set the matter on the November 14th, 2023 trial Docket;

Dated: October 23rd, 2023

/s/ ODETALLA M. ODETALLA
Odetalla M. Odetalla (P79707)
ODETALLA LAW, PC
Attorney for Defendant
7823 Cherry Hill
Superior Twp., MI 48198
PHONE: (734) 890-8366
EMAIL: odetallalaw@outlook.com